JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY WAYNE SMITH, | NO. CV 19-6194-MWF (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID FISCHER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: August 23, 2021

MICHAEL W. FITZGERALD
United States District Judge